74 F.3d 1231
NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
 David FELTON, Plaintiff--Appellant,
v.
STATE of North Carolina; James P. Bailey, United States
Magistrate Judge; Jerry Clayton; H.M. Michaux;
Durham County; Durham City,
Defendants--Appellees.
 No. 95-7357.
 United States Court of Appeals, Fourth Circuit.
 Submitted Jan. 11, 1996
Decided Jan. 24, 1996
 
 Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Chief District Judge. (CA-93-153-F)
 David Felton, Appellant Pro Se.
 E.D.N.C.
 DISMISSED.
 Before RUSSELL, HALL and WILKINSON, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant seeks to appeal the district court's order denying relief on his 28 U.S.C. Sec. 2254 (1988) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Felton v. North Carolina, No. CA-93-153-F (E.D.N.C. July 28, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 DISMISSED